

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00334-CV

Louis **DORFMAN**, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfman, Deceased and John Pritchett, Trustee of the CKK 2012 Trust.,
Appellants/ Cross-Appellee

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek
Appellee/ Cross-Appellants

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

## ORDER

The Dorfman Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 4, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Larissa J. Hood
Jon Christian Amberson PC

John F. Carroll
Law Offices of John F. Carroll

Jane M.N. Webre
Scott, Douglass & McConnico, LLP

Clinton Butler
Langley & Banack, Inc.

Suzanne Taylor
The Law Office of Suzanne Coates Taylor

Gary M. Poenisch
Attorney At Law

Catherine M. Stone
Langley & Banack, Inc.

Jon Christian Amberson
Jon Christian Amberson, P.C.